UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAD SERVICES OF LOUISIANA, LLC** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DRAGADOS/HAWAIIAN** )<br>**DREDGING/ORION, JOINT VENTURE** )<br>)<br>**Defendant.** )<br>_____ ) | Civil No.: 2:24-cv-02446-WBV-DPC<br><br>Judge Wendy B. Vitter<br><br>Magistrate Donna Phillips Currault |

**DEFENDANT DRAGADOS/HAWAIIAN DREDGING/ORION, JOINT VENTURE'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>MOTION TO TRANSFER VENUE</u>**

Defendant Dragados/Hawaiian Dredging/Orion, Joint Venture ("DHO"), by and through counsel, requests that the Court (a) dismiss the Sixth Cause of Action alleged in Plaintiff LAD Services of Louisiana, LLC's Fourth Amended Complaint, pursuant to Federal Rule 12(b)(6); and (b) dismiss Plaintiff LAD Services of Louisiana, LLC's Fourth Amended Complaint in the entirety, pursuant to Federal Rule 12(b)(2) due to a lack of specific personal jurisdiction over DHO. In the alternative, and in the event the Court does not dismiss the lawsuit in entirety, DHO requests that the Court transfer the lawsuit to the U.S. District Court for the District of Hawaii, pursuant to 28 U.S.C. § 1404.

1. Plaintiff LAD Services of Louisiana, LLC ("LAD") initiated the instant lawsuit in the U.S. District Court for the Eastern District of Louisiana identifying DHO as the party defendant.

2. The Fourth Amended Complaint filed by LAD fails to identify any specific facts demonstrating that DHO purposely availed itself of jurisdiction in Louisiana. *See* LAD's Fourth

Amend. Compl., ¶ 4.  Instead, the Fourth Amended Complaint simply alleges that venue is valid in this Court "since the contract was entered into in Assumption Parish, and the vast majority of the work was to be performed at LAD's facility in Amelia, Assumption Parish, Louisiana."  *See* LAD Fourth Amend. Compl., ¶ 5.

3.      In the Fourth Amended Complaint, the "Sixth Cause of Action" is styled as "Misappropriation of Trade Secrets."  *See* LAD Fourth Amended Complaint, p. 12.  DHO requests that the Court dismiss this "Sixth Cause of Action" in the entirety and pursuant to Rule 12(b)(6), for failure to state a claim upon which relief may be granted.

4.      DHO also requests that the Court dismiss the lawsuit in the entirety, pursuant to Federal Rule 12(b)(2).  DHO is registered to transact business as a general partnership in the State of Hawaii, and its principal place of business is designated as Costa Mesa, California.  The subject construction project is located at Joint Base Pearl Harbor Hickam, Hawaii, and DHO is performing the dry dock construction work in Hawaii.  Regarding Louisiana, DHO is not licensed, registered, performing work, nor transacting ongoing business in the State of Louisiana.  DHO has no ongoing ties to Louisiana and it did not intend to avail itself of jurisdiction in Louisiana.  Thus, this Court has no personal jurisdiction over DHO.

5.      In the event the Court denies the request to dismiss the lawsuit in the entirety, DHO requests that the Court transfer the lawsuit to the U.S. District Court for the District of Hawaii, pursuant to 28 U.S.C. § 1404.  For numerous reasons discussed in the supporting Memorandum, the "interest of justice" dictates that the State of Hawaii is the proper venue for any dispute between LAD and DHO.

6.      DHO incorporates the attached Memorandum as if fully set forth herein.

WHEREFORE, DHO respectfully requests that the Court (a) dismiss the Sixth Cause of Action in Plaintiff LAD Services of Louisiana, LLC's Fourth Amended Complaint in the entirety, pursuant to Federal Rule 12(b)(6); and (b) dismiss Plaintiff LAD Services of Louisiana, LLC's Fourth Amended Complaint in the entirety and pursuant to Federal Rule 12(b)(2) due to a lack of specific personal jurisdiction over DHO.  In the alternative, DHO requests that the Court transfer the lawsuit pursuant to 28 U.S.C. § 1404, to the U.S. District Court for the District of Hawaii.

Dated: February 4, 2026.

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

<u>/s/  L. Bradley Hancock</u>
L. Bradley Hancock
Louisiana Bar No. 27234
811 Main Street, Suite 2500
Houston, Texas 77002
(713) 821-7000- Telephone
(713) 821-7001- Facsimile
Brad.Hancock@hklaw.com

Gregory H. Koger
*Admitted pro hac*
800 17th Street, NW
Washington, D.C. 20006
(202) 419-2551 – Telephone
(202) 955-5564 – Facsimile
Greg.Koger@hklaw.com

**COUNSEL FOR DEFENDANT DRAGADOS/HAWAIIAN DREDGING/ORION, JOINT VENTURE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2026, a copy of the foregoing was served on all counsel of record via ECF.

                                               */s/ L . Bradley Hancock*
                                               L. Bradley Hancock