UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAD SERVICES OF LOUISIANA, LLC )<br>)<br>Plaintiff,           )<br>)<br>v.                                       )<br>)<br>DRAGADOS/HAWAIIAN          )<br>DREDGING/ORION, JOINT VENTURE )<br>)<br>)<br>Defendant.            )<br>                                            ) | Civil No.: 2:24-cv-02446-WBV-DPC<br><br>Judge Wendy B. Vitter<br><br>Magistrate Donna Phillips Currault |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Dragados/Hawaiian Dredging/Orion, Joint Venture's Motion to Dismiss or, in the alternative, Motion to Transfer Venue is hereby set for submission before District Judge Wendy B. Vitter on March 3, 2026, at 9:30 a.m.

Dated: February 4, 2026

        Respectfully Submitted,

        **HOLLAND & KNIGHT LLP**

        */s/ L. Bradley Hancock*
        L. Bradley Hancock
        Louisiana Bar No. 27234
        811 Main Street, Suite 2500
        Houston, Texas 77002
        (713) 821-7000- Telephone
        (713) 821-7001- Facsimile
        Brad.Hancock@hklaw.com

        Gregory H. Koger
        *Admitted pro hac*
        800 17th Street, NW
        Washington, D.C. 20006
        (202) 419-2551 – Telephone
        (202) 955-5564 – Facsimile

Greg.Koger@hklaw.com

**COUNSEL FOR DEFENDANT
DRAGADOS/HAWAIIAN
DREDGING/ORION, JOINT VENTURE**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 4, 2026, a copy of the foregoing was served on all counsel of record through electronic service.

<u>*/s/ L. Bradley Hancock*</u>
L. Bradley Hancock

2