UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAD SERVICES OF LOUISIANA, LLC** ) | |
| ) | |
| Plaintiff, ) | Civil No.: 2:24-cv-02446-WBV-DPC |
| ) | |
| v. ) | Judge Wendy B. Vitter |
| ) | |
| **DRAGADOS/HAWAIIAN** ) | Magistrate Donna Phillips Currault |
| **DREDGING/ORION, JOINT VENTURE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Defendant Dragados/Hawaiian Dredging/Orion, Joint Venture's Motion to Dismiss or, in the alternative, Motion to Transfer Venue, it is this ____ day of _____, 2026, hereby:

ORDERED, that Defendant Dragados/Hawaiian Dredging/Orion, Joint Venture's Motion to Dismiss is GRANTED, and it is further,

ORDERED, that Plaintiff LAD Services of Louisiana, LLC's Sixth Cause of Action as alleged in the Fourth Amended Complaint, styled as "Misappropriation of Trade Secrets," is DISMISSED pursuant to Federal Rule 12(b)(6) for failure to state a claim upon which relief may be granted, and it is further,

ORDERED, that the above-captioned lawsuit is hereby DISMISSED, in the entirety and with prejudice, pursuant to Rule 12(b)(2).

**In the alternative,**

ORDERED, that Defendant Dragados/Hawaiian Dredging/Orion, Joint Venture's Motion to Transfer is GRANTED, and the above-captioned lawsuit is hereby transferred to the U.S.

District Court for the District of Hawaii.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

    L. Bradley Hancock
    Louisiana Bar No. 27234
    Holland & Knight LLP
    811 Main Street
    Suite 2500
    Houston, Texas 77002
    Brad.hancock@hklaw.com
    *Counsel for Defendant*

    Richard Creed, Jr.
    Creed Law Firm
    8017 Jefferson Highway
    Suite B3
    Baton Rouge, Louisiana 70809
    lawyercreed@gmail.com
    *Counsel for Plaintiff*